# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Miscellaneous Warehousemen's Local 781 Health & Welfare Fund

                      Plaintiff,

v.                                        Case No.: 1:17−cv−00005

                                        Honorable Sara L. Ellis

Fulton Market Cold Storage Company, L.L.C.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 18, 2017:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 7/18/17. Briefing schedule on motion for summary judgment: Defendant's motion for summary judgment is due by 9/8/17; Plaintiff's response is due by 10/6/17; Defendant's reply is due by 10/20/17. Next status date set for 2/21/18 at 9:30 am for ruling on motion for summary judgment. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.