## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Miscellaneous Warehousemen's Local 781 Health & Welfare Fund

                                      Plaintiff,

v.                                                    Case No.:
                                                       1:17−cv−00005
                                                       Honorable Sara L. Ellis

Fulton Market Cold Storage Company, L.L.C.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 3, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: In accordance with the Court's summary judgment opinion and order [33] and Plaintiff's supplemental documentation supporting its requested judgment amounts [35, 37], the Court enters judgment for Plaintiff in the total amount of $124,831.60, consisting of contributions of $68,782.96, liquidated damages of $14,322.42, interest of $17,220.20, attorneys' fees of $24,106.00, and court costs of $400. Mail ILND 450. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.