# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Miscellaneous Warehousemen's Local 781 Health & Welfare Fund,

Plaintiff(s),

v.

Fulton Market Cold Storage Company, L.L.C.,

Defendant(s).

Case No. 17-cv-05
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Miscellaneous Warehousemen's Local 781 Health & Welfare Fund and against defendant(s) Fulton Market Cold Storage Company, L.L.C. in the amount of $124,831.60,

which ☒ includes 17,220.20 pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge ___ presiding, and the jury has rendered a verdict.
☐ tried by Judge ___ without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for summary judgment.

Date: 4/3/2018

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk